# IN THE SUPREME COURT OF PENNSYLVANIA

In the Matter of

MICHAEL WILLIAM SHOWERS

PETITION FOR REINSTATEMENT
  FROM RETIRED STATUS

: No. 161 DB 2019  (No. 96 RST 2019)
:
:
: Attorney Registration No.  62091
:
:
: (Dauphin County)

## O R D E R

**PER CURIAM**

    **AND NOW**, this 25th day of November, 2019, the Report and Recommendation of Disciplinary Board Member dated November 19, 2019, is approved and it is ORDERED that Michael William Showers, who has been on Retired Status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.